Opinion by LAWRENCE, J. The official papers disclosing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930 (19 U.S.C. § 1514).

BEFORE THE THIRD DIVISION, JANUARY 21, 1965

No. 69030.—Otagiri Mercantile Co., Inc., and F. C. Gerlach & Co. et al. *v.* United States, protests 63/740, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of stone lanterns and similar merchandise the same in all material respects as those the subject of *Otagiri Mercantile Co., Inc., et al.* v. *United States* (44 Cust. Ct. 184, C.D. 2173), the claim of the plaintiffs was sustained.

JANUARY 22, 1965

No. 69031.—Appeal 5185.—United States *v.* Morris Supply Company.— —C.D. 2457. Appeal dismissed November 24, 1964.

BEFORE THE SECOND DIVISION, JANUARY 25, 1965

No. 69032.—Amity Fabrics, Inc., et al. *v.* United States, protests 63/3759, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiffs was sustained.

No. 69033.—Goodman & Weinberg *v.* United States, protest 64/2387 (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.

**No. 69034.**—Laral Trading Corp. v. United States, protest 287629–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of perlon monofilaments, approximately 0.45 or 0.50 millimeters in diameter and 115 centimeters in length, similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

**No. 69035.**—Presin Co. and Bruce Duncan Co., Inc. v. United States, protests 62/1242, etc. (Los Angeles).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of telephone toll counters which are mechanical contrivances in chief value of metal and that said articles modify, transfer, or utilize force or energy, the claim of the plaintiffs was sustained.

**No. 69036.**—G. W. Harder Company v. United States, protest 64/13757 (New York).

Opinion by Ford, J. An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.

**No. 69037.**—Cravart, Inc. v. United States, protest 64/14639 (New York).

Opinion by Ford, J. An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.

**No. 69038.**—Adero Silk, Inc. v. United States, protest 64/14640 (New York).